August 14 2015.                                    76,062-03

NO. WR-79,062-03.
Cause NO. 4079-A.

Abel Acosta, Clerk.
Court of Criminal Appeals of Texas.
P.O. Box 12308. Capitol STATion.
Austin, Texas 78711.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

Dear Honorable Acosta, Clerk.
Respectfully I am Writing To the Clerk.
On July 9 2015, Ex Parte, Armando Madrid.

I Sent To the Court of Criminal Appeal's
APPLICANT'S OBJECTIONS TO THE HABEAS COURT'S
FINDINGS OF FACT AND CONCLUSIONS OF LAW.

Enclosed: Please inForm me iF the Court of
Criminal Appeal's, has been received the.
APPlicants obJections To the habeas Court's
Findings of Fact and Conclusions of Law.

Thank you For your Time and your assistance
in this matter. is greatly APPreciated.
God Bless you.

Respectfully Submitted.         Armando Madrid.
Armando Madrid.                 JAmes A. Lynaugh Unit.
                                1098. S. HWY. 2037.
APPlicants Pro se.              Fort Stockton, Tx. 79735.


CC: File.